No. D–292. IN RE DISBARMENT OF FENDLER. Robert Harold Fendler, of Phoenix, Ariz., having requested to resign as a member of the Bar of this Court, it is ordered that

his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 9, 1982 [458 U. S. 1128], is hereby discharged.